**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD WAYNE HOBBS, | ) | NO. ED CV 09-1787-VBF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HERNANDEZ, Warden CRC, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:   March 24, 2010

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE